opinion. Judgment affirmed, with costs, on opinion on former appeal. See 37 N. Y. Supp. 830.

BLANC v. BLANC. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Frederick N. Blanc against Elizabeth L. Blanc. No opinion. Motion granted, with $10 costs. See 47 N. Y. Supp. 694.

BLANK, Appellant, v. GOERLITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Louisa Blank, general guardian, against Emma Goerlitz and others. M. S. Thompson, for appellant. F. Baumeister, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BLASCHKO, Respondent, v. WURSTER et al., Respondents (CONLY et al., Appellants). (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Max Blaschko against Frederick W. Wurster, mayor, etc., Martin F. Conly and others, aldermen, etc., and East River & Atlantic Ocean Railroad Company. No opinion. Order granting injunction affirmed, with $10 costs and disbursements, on opinion in Norris v. Wurster (Sup.) 48 N. Y. Supp. 656. See 43 N. Y. Supp. 703, 44 N. Y. Supp. 1118.

BLINEBRY, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Williard Blinebry against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment of the county court affirmed, with costs.

BLUM, Respondent, v. HERMAN, Appellant. (Supreme Court, Appellate Term. December 28, 1896.) Action by Jacob Blum against Jacob Herman. Wahle & Stone, for appellant. Max Altmayer, for respondent. No opinion. Judgment affirmed, with costs. See 42 N. Y. Supp. 479.

BLUMENTHAL, Respondent, v. BUTTNER, Appellant. (City Court of New York, General Term. December 11, 1897.) Action by Maurice B. Blumenthal, as receiver, etc., against Simon Buttner. Howard A. Sperry, for appellant. Solon Berrick, for respondent.

O'DWYER, J. Order appealed from affirmed, with costs. CONLAN, J., concurs.

BOAK, Respondent, v. HAMILTON TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by William C. Boak against the Hamilton Tube Company. No opinion. Motion to dismiss the appeal granted, with $10 costs. All concur, except HARDIN, P. J., and FOLLETT, J., dissenting.

In re BOARD OF EDUCATION. In re MERKLEM. (Supreme Court, Appellate Division, First Department. December 31, 1897.)

In the matter of board of education. In the matter of Merklem. No opinion. Reference ordered.

BOWDISH, Respondent, v. PAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Jackson W. Bowdish against Esek Page and others. No opinion. Order affirmed, with $10 costs and disbursements.

BRADFORD v. DOWNS et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Russell Bradford against Ella R. Downs and others. No opinion. Motion denied.

BRADY, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Anastasia Brady against the Manhattan Railway Company. B. Yates, for appellant. J. T. Davies, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, but with leave to plaintiff, upon payment of such costs, to renew her motion below under rule 2, as soon as her case is upon the general calendar pursuant to the order appealed from.

BROOKLYN EL. R. CO., Plaintiff, v. BROOKLYN, B. & W. E. R. CO. et al., Defendants. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by the Brooklyn Elevated Railroad Company against the Brooklyn, Bath & West End Railroad Company, the Atlantic Avenue Railroad Company, and the Nassau Electric Railroad Company. No opinion. Motion for stay of execution of the judgment, so far as it grants equitable relief during the pendency of the appeal to the court of appeals, granted, on condition that the defendants furnish to the plaintiff a bond executed by at least two sureties, in the penal sum of $30,000, to be approved by a justice of the supreme court, as security, and conditioned for the payment of all damages which, during the continuance of such stay, the plaintiff may sustain by reason of failure of the defendants to comply during that time with the provisions of the judgment granting such relief in case the judgment, so far as it grants equitable relief, be affirmed, or the appeal therefrom be dismissed; and upon the stipulation by the defendants that such damages shall, at the option of the plaintiff, be expressed on the final disposition of the appeal, be liquidated at the rate of $10,000 a year. See 45 N. Y. Supp. 1134, 48 N. Y. Supp. 665.

BROZEK, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Barbara Brozek, as administratrix, etc., of Alois Brozek, deceased, against the Steinway Railway Company of Long Island City. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. See 41 N. Y. Supp. 1017, 48 N. Y. Supp. 345.